IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DAVID CROW, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 17-00410-CV-W-ODS ) |
| SERVIS ONE, INC., et al., | ) ) ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANT SERVIS ONE, INC.'S MOTION FOR SUMMARY JUDGMENT

Pending is Defendant Servis One, Inc.'s motion for summary judgment. Doc. #28. Servis One seeks dismissal of Plaintiff's lone remaining count, which alleges Servis One negligently or willfully violated the Fair Credit Reporting Act.[1] Plaintiff did not respond to Servis One's motion. On April 9, 2018, the Court directed Plaintiff, who is represented by counsel, to show cause by April 13, 2018, why Servis One's motion should not be granted. Doc. #30. Plaintiff did not respond.

The Court considers the facts set forth by Servis One to be undisputed and admitted. *See* Fed. R. Civ. P. 56(e)(2); Local R. 56.1(b)(1). Based on the record before it, the Court grants Servis One's motion for summary judgment because the undisputed facts show Servis One is entitled to summary judgment. Fed. R. Civ. P. 56(e)(3).

IT IS SO ORDERED.

DATE: April 18, 2018

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Plaintiff brought two counts against Defendant Equifax Information Services, Inc. for alleged violations of the Fair Credit Reporting Act. Doc. #1. However, Equifax and Plaintiff settled those claims, and Plaintiff's claims against Equifax were dismissed with prejudice. Docs. #25-27.